NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**SHAMIS HARVEY,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2015-3114

---

Petition for review of the Merit Systems Protection Board in No. DE-315H-13-0102-B-1.

---

**JUDGMENT**

---

JOEL J. KIRKPATRICK, Joel J. Kirkpatrick, P.C., Plymouth, MI, argued for petitioner.

STEPHEN FUNG, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by BRYAN G. POLISUK.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 11, 2016 | /s/ Daniel E. O'Toole |
|:---:|:---:|
| Date | Daniel E. O'Toole |
|  | Clerk of Court |